649 A.2d 657

**SPRING GARDEN CIVIC ASSOCIATION and Francisville Neighborhood Advisory Committee, Appellants,**

v.

**ZONING HEARING BOARD OF ADJUSTMENT OF the CITY OF PHILADELPHIA, City of Philadelphia and Project H.O.M.E.**

Supreme Court of Pennsylvania.

Submitted Oct. 17, 1994.

Decided Nov. 4, 1994.

Barry E. Ungar, Larry H. Spector, Philadelphia, for S.G.C.A. and F.N.A.C.

Daniel N. Reisman, William H. Ewing, Philadelphia, for Project H.O.M.E.

Joseph M. Taylor, Philadelphia, for City of Philadelphia.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

The Joint Motion to Vacate the Orders of the Commonwealth Court, 151 Pa.Cmwlth. 413, 617 A.2d 61, Court of Common Pleas of Philadelphia and Zoning Board of Adjustment of the City of Philadelphia is granted and the above appeal is hereby dismissed as moot.

MONTEMURO, J., is sitting by designation.